```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           Case No. 2:03-cv-311-FtM-33SPC

TRACT J53-29, 5.00 ACRES OF
LAND, MORE OR LESS IN COLLIER
COUNTY, FLORIDA, SA. WELCH A/K/A
SYLVESTER ARTHUR WELCH
(DECEASED), ET AL.,

        Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to the Application for Withdrawal of Just Compensation of William D. Welch (Doc. # 55), and Plaintiff's Response thereto, indicating that "the Court should approve William D. Welch's Application for Withdrawal" (Doc. # 56), both filed on August 27, 2010. For the reasons that follow, the Court will grant William D. Welch's Application for Withdrawal of Just Compensation.

## Discussion

The Clerk's Receipt (Doc. # 4) indicates that the amount of $3,750.00 was deposited in the Registry of the Court on June 24, 2003, as the estimated just compensation for TRACT J53-29. Since that time, the Court has directed the Clerk to make the following disbursements:

1) $27.15 to the Collier County Tax Collector (Doc. # 11)

2) $465.36 to Peggy W. Gay (Doc. # 47)

3) $465.36 to Sherry Kimball (Doc. # 47)

4) $930.71 to Robert Hughes Welch (Doc. # 47)

5) $930.71 to Charles Bowker (Doc. # 54)

On June 25, 2006, this Court entered an Order finding that William D. Welch is entitled to the remaining funds left on deposit in this case, specifically, the amount of $930.71 (Doc. # 52). In addition, the United States indicates that it has no objection to the requested disbursement. Accordingly, the Court finds that the amount on deposit should be distributed to the Applicant.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Application for Withdrawal of Just Compensation of William D. Welch (Doc. # 55) is **GRANTED**.

(2) The Clerk is directed to disburse funds on deposit in the Registry of the Court to Applicant William D. Welch in the amount of $930.71, plus interest and minus registry fees, representing the total sum left on deposit, as just compensation for TRACT J53-29, leaving no sum on deposit.

**DONE** and **ORDERED** in Ft. Myers, Florida, this 16th day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies: All Parties of Record